IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBERT BRUNOT,<br>16071 Park Avenue Extension<br>Meadville, PA 16335 | )<br>)<br>)<br>) | Civil Action No. _____ |
| and | ) | |
| OMAR ROGELIO MONZA,<br>3 Bryant Court<br>Rutherford, NJ 07070 | )<br>)<br>)<br>) | |
| and | ) | |
| WILLIAM D. THOMPSON,<br>3241 Roland Drive<br>Deltona, FL 32738 | )<br>)<br>)<br>) | |
| and | ) | |
| CHRISTINA WOOD, as representative<br>of the ESTATE OF JOHN BARRY,<br>COOPER WOOD,<br>701 Millman Boulevard<br>Del Haven, NJ 08251 | )<br>)<br>)<br>)<br>)<br>) | |
| and | ) | |
| DAVID P. VRASICH,<br>1003 Gerry Street<br>Woodstock, IL 60098 | )<br>)<br>)<br>) | |
|        Plaintiffs, | ) | |
| v. | )<br>) | |
| MEDTRONIC, INC.,<br>710 Medtronic Parkway,<br>Minneapolis, MN, 55432, | )<br>)<br>)<br>) | |
|        Defendant. | ) | |

### DEFENDANT MEDTRONIC, INC.'S DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Defendant Medtronic, Inc. hereby demands a jury trial on all issues in the above-entitled matter.

DATED: May 19, 2008

Respectfully submitted,

MEDTRONIC, INC.

By: _____
David M. Gossett

Michael E. Lackey, Jr.
David M. Gossett
Mayer Brown LLP
1909 K Street, Northwest
Washington, D.C. 20006-1101
mlackey@mayerbrown.com
dgossett@mayerbrown.com
(202) 263-3000 (t)
(202) 263-3300 (f)

*Attorneys for Defendant*
*Medtronic, Inc.*

## CERTIFICATE OF SERVICE

I, David M. Gossett, an attorney, certify that I caused a copy of the attached Defendant, Medtronic, Inc.'s Demand for Jury Trial to be served by sending the same by U.S. mail, postage prepaid, on May 19, 2008, addressed to the following:

>Aaron M. Levine
>Brandon J. Levine
>Renee L. Robinson-Meyer
>Steven J. Lewis
>Benjamin J. Cooper
>1320 19th Street, N.W., Suite 500
>Washington, D.C. 20036
>Fax: (202) 833-8046

_____
David M. Gossett