IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT BRUNOT, et al.,**  ]  ] **Plaintiffs,**  ]  ] v.  ] **MEDTRONIC, INC.,**  ]  ] **Defendant.**  ] | Civil Action No.: 08-cv-00862-RBW  Next Event: |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Aaron M. Levine of AARON M. LEVINE & ASSOCIATES as counsel for plaintiffs, ROBERT BRUNOT, OMAR ROGELIO MONZA, WILLIAM D. THOMPSON, CHRISTINA WOOD, as representative of the Estate of JOHN BARRY COOPER WOOD, and DAVID P. VRASICH, in the above-referenced matter.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES

 /s/ Aaron M. Levine
AARON M. LEVINE, #7864
1320 19th Street, N.W., Suite 500
Washington, DC  20036
202-833-8040
Fax: 202-833-8046
E-Mail: aaronlevinelaw@aol.com